No. 98–6021 (A–238). STEWART *v.* VIRGINIA ET AL. Sup. Ct. Va. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

SEPTEMBER 22, 1998

No. 98–5650 (A–233). CASTILLO *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

SEPTEMBER 25, 1998

No. 98–5823. HAMILTON *v.* ROE, WARDEN, ET AL. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.

No. A–234 (O. T. 1998). CITY OF GRENADA, MISSISSIPPI, ET AL. *v.* HUBBARD ET AL. D. C. N. D. Miss. Application for stay pending appeal, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

No. 98–6114 (A–251). ROBERTS *v.* MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. S. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.